

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TRAVIS M. DEHORNEY, TDCJ NO. 2027434, | § | No. 08-19-00066-CV |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 83rd District Court |
| v. | | |
|  | § | of Pecos County, Texas |
| SHERRI TALLEY M.D., SAMUEL B. ITIE, M. FUENTES, | § | (TC# P-7872-83-CV) |
|  | | |
| Appellees. | § | |
|  | § | |

# **O R D E R**

Pending before the Court is Appellant's motion to submit evidence. The Court's review of the appeal is limited to the evidence contained within the appellate record. In this case, the appellate record consists of the clerk's record. Accordingly, Appellant's motion is DENIED.

IT IS SO ORDERED this 13th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.